IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA, PHILADELPHIA DIVISION

IN RE: : Chapter: 13
MICHAEL C BADIAL :
JAMIE E BADIAL :
:
: BANKRUPTCY NO:    14-11468-SR

REQUEST OF CREDITOR PURSUANT TO BANKRUPTCY RULE 2002(g)
PROVIDING ADDRESS FOR SERVICE
OF NOTICES

To the Clerk:

   1. This request is filed pursuant to Bankruptcy Rule 2002(g) for the purpose of ensuring that the creditor

listed below receives all notices required to be mailed under Bankruptcy Rule 2002 at the address below.

   2. The address to which all such notices should be sent and substituted for that of the creditor:

>   **Kohl's**
>   **c/o Becket & Lee LLP**
>   **PO Box 3001**
>   **Malvern, PA 19355-0701**

   3. Debtor may have scheduled account as: Kohl's.

                           By: /s/ Gregory P Deegan
                              Gregory P Deegan, Claims Administrator
                              Becket & Lee LLP
                              POB 3001
                              Malvern, PA 19355-0701

                              DATE:    08/02/2016