## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Michael C. Badial and Jamie E. Badial     |   CHAPTER 13

       Debtor(s)

                                          |   BKY. NO. 14-11468 SR


## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of HomeBridge Financial Services, Inc., as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 7324


                                            Respectfully submitted,

                                            **/s/Thomas Puleo, Esquire**
                                            Thomas Puleo, Esquire
                                            Brian C. Nicholas, Esquire
                                            KML Law Group, P.C.
                                            701 Market Street, Suite 5000
                                            Philadelphia, PA 19106-1532
                                            (215) 825-6306  FAX (215) 825-6406