Certificate Number: 15317-PAE-DE-031322861

Bankruptcy Case Number: 14-11468



15317-PAE-DE-031322861

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 15, 2018</u>, at <u>11:08</u> o'clock <u>AM PDT</u>, <u>Michael Badial</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>July 15, 2018</u>                By:   <u>/s/Christel Raz</u>

                                                                     Name:   <u>Christel Raz</u>

                                                                     Title:   <u>Counselor</u>