Certificate Number: 15317-PAE-DE-031322860

Bankruptcy Case Number: 14-11468



15317-PAE-DE-031322860

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 15, 2018, at 11:08 o'clock AM PDT, Jamie Badial completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   July 15, 2018            By:   /s/Christel Raz

                                 Name: Christel Raz

                                 Title: Counselor