Certificate Number: 15317-PAE-DE-031322861

Bankruptcy Case Number: 14-11468



15317-PAE-DE-031322861

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on July 15, 2018, at 11:08 o'clock AM PDT, Michael Badial completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: July 15, 2018          By:    /s/Christel Raz

                             Name:  Christel Raz

                             Title: Counselor