**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**In Re**: Michael C. Badial                                    :Bankruptcy No. 14-11468
       and
   Jamie E. Badial
   a/k/a Jamie E. Rhoads
       Debtors                                              :Chapter 13

## ORDER

AND NOW, upon consideration of the Debtors' Motion for Authority To Sell Debtors' Real Estate Free and Clear of All Liens Claims and Encumbrances, Waive Ten Day Time Period under Bankruptcy Rule 6004(g) and Reduced Notice period (the "Motion") and the request for expedited hearing thereon, and sufficient cause being shown, it is hereby Ordered that:

1. The request for an expedited hearing is **Granted**.

2. A hearing to consider the Motion shall be held on  August 29  , 2018 at  2:30 p.m.  , in Bankruptcy Courtroom # 3, Robert N. C. Nix, Sr., Federal Building & Post Office, 900 Market Street, 2nd Floor, Philadelphia, Pennsylvania, 19107

3. Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and all will be considered at the hearing.

4. The Movant shall serve the Motion and this Order on the U.S. Trustee, the case Trustee, individual respondents (if any), counsel to the Official Committee of Unsecured Creditors (if any), all secured creditors and priority creditors by overnight mail, facsimile transmission or e-mail transmission no later than 5:00 p.m. on  August 20, 2018  . If the hearing is scheduled less than 48 hours after the Movant receives this Order, Movant shall give immediate telephonic notice of the hearing to the above as well.

5. The Movant shall serve this Order and the Notice of the Motion in conformity with Local Bankruptcy Form 9014-3 on all other parties in interest, including all creditors, by regular mail no later than 5:00 PM on  August 20, 2018  .

6. Prior to the hearing, the Movant shall file a Certification setting forth compliance with the service requirements of Paragraphs 4 and 5 above as applicable.

Date: August 20, 2018

_____
**Honorable Jean K. FitzSimon**
**U.S. BANKRUPTCY JUDGE**