**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**In Re**: Michael C. Badial                                                                :Bankruptcy No. 14-11468
      and
   Jamie E. Badial
   a/k/a Jamie E. Rhoads
      Debtors                                                                            :Chapter 13

**CERTIFICATION OF SERVICE**

     Diana M. Dixon, Esquire, hereby verifies that she is the attorney for the Debtors in the above-captioned matter; that on **August 20, 2018,** before 5:00 PM pursuant to the Local Rules for the United States Bankruptcy Court for the Eastern District of Pennsylvania, she did post by regular mail to all creditors and parties in interest a copy of the Motion to Sell Real Estate Free and Clear of Liens and the Expedited Order and by fax or electronic transmission to the following:

Standing Chapter 13 Trustee - Reading
2901 St. Lawrence Avenue
Reading PA  19606
plangdon@fredreiglech13.com

Michael C. Badial
Jamie E. Badial
426 Tanner Road
Hatboro, PA  19040
jamiebadial@gmail.com

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA   19107
dave,p.adams@usdoj.gov

CarMax Auto Finance
PO Box 440609
Kennesaw, GA  30160
angela_mccollum@carmax.com

KML Law Group. P.C.
701 Market Street
Suite 5000

Philadelphia, PA  19106
tpuleo@kmllawgroup.com

HomeBridge Financial Services, Inc.
194 Wood Avenue South
9th Floor
Iselin, NJ  08830
Fax:
866-438-7860

Fifth Third Bank
50 Kingsley Drive
MD 1 MOC 2 Q
Cincinnati, OH  45263
Fax: 513-358-1279

     The Deponent verifies that the statements herein are true and correct, and understands that false statements herein are made subject to the penalties of 18 Pa. C.S. 4904, relating to unsworn falsification to authorities.

                    S/Diana M. Dixon, Esquire
                    **DIANA M. DIXON, Esquire**
                    **107 N. Broad St.**
                    **Suite 307**
                    **Doylestown, PA  18901**
                    **215-348-1500**