United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 14-11468-jkf
Michael C. Badial                                                         Chapter 13
Jamie E. Badial
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia              Page 1 of 1           Date Rcvd: Aug 20, 2018
                          Form ID: pdf900            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 22, 2018.
db/jdb         +Michael C. Badial,   Jamie E. Badial,   426 Tanner Road,   Hatboro, PA 19040-2333

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 20, 2018 at the address(es) listed below:
        BRIAN CRAIG NICHOLAS    on behalf of Creditor    HomeBridge Financial Services, Inc.
         bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
        DIANA M. DIXON    on behalf of Joint Debtor Jamie E. Badial dianamdixonesq@gmail.com
        DIANA M. DIXON    on behalf of Debtor Michael C. Badial dianamdixonesq@gmail.com
        FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
         ecf_frpa@trustee13.com
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    HomeBridge Financial Services, Inc.
         bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
        KEVIN G. MCDONALD    on behalf of Creditor    HomeBridge Financial Services, Inc.
         bkgroup@kmllawgroup.com
        MATTEO SAMUEL WEINER    on behalf of Creditor    HomeBridge Financial Services, Inc.
         bkgroup@kmllawgroup.com
        THOMAS I. PULEO    on behalf of Creditor    HomeBridge Financial Services, Inc.
         tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM MILLER*R    ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
                                                                                            TOTAL: 10

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In Re**: Michael C. Badial                                         :Bankruptcy No. 14-11468
       and
    Jamie E. Badial
    a/k/a Jamie E. Rhoads
       Debtors                                                  :Chapter 13

### ORDER

    AND NOW, upon consideration of the Debtors' Motion for Authority To Sell Debtors' Real Estate Free and Clear of All Liens Claims and Encumbrances, Waive Ten Day Time Period under Bankruptcy Rule 6004(g) and Reduced Notice period (the "Motion") and the request for expedited hearing thereon, and sufficient cause being shown, it is hereby Ordered that:

1. The request for an expedited hearing is **Granted**.

2. A hearing to consider the Motion shall be held on  August 29  , 2018 at  2:30 p.m.  , in Bankruptcy Courtroom # 3, Robert N. C. Nix, Sr., Federal Building & Post Office, 900 Market Street, 2nd Floor, Philadelphia, Pennsylvania, 19107

3. Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and all will be considered at the hearing.

4. The Movant shall serve the Motion and this Order on the U.S. Trustee, the case Trustee, individual respondents (if any), counsel to the Official Committee of Unsecured Creditors (if any), all secured creditors and priority creditors by overnight mail, facsimile transmission or e-mail transmission no later than 5:00 p.m. on  August 20, 2018  . If the hearing is scheduled less than 48 hours after the Movant receives this Order, Movant shall give immediate telephonic notice of the hearing to the above as well.

5. The Movant shall serve this Order and the Notice of the Motion in conformity with Local Bankruptcy Form 9014-3 on all other parties in interest, including all creditors, by regular mail no later than 5:00 PM on  August 20, 2018  .

6. Prior to the hearing, the Movant shall file a Certification setting forth compliance with the service requirements of Paragraphs 4 and 5 above as applicable.

Date: August 20, 2018

**Honorable Jean K. FitzSimon**
**U.S. BANKRUPTCY JUDGE**