```
                              United States Bankruptcy Court
                              Eastern District of Pennsylvania
In re:                                                                  Case No. 14-11468-jkf
Michael C. Badial                                                       Chapter 13
Jamie E. Badial
         Debtors                       CERTIFICATE OF NOTICE
District/off: 0313-2           User: Virginia              Page 1 of 3              Date Rcvd: Oct 12, 2018
                               Form ID: 138NEW             Total Noticed: 39


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 14, 2018.
db/jdb        #+Michael C. Badial,    Jamie E. Badial,    426 Tanner Road,    Hatboro, PA 19040-2333
cr             +CarMax Auto Finance,    PO Box 440609,    Kennesaw, GA 30160-9511
13286692       +ALTAIR OH XIII, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
13252924      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank Of America,     PO Box 982235,    El Paso, TX  79998-2235)
13252939      ++CITIBANK,   PO BOX 790328,    ST LOUIS MO 63179-0328
                (address filed with court: Home Depot Credit Services,     PO Box 653000,
                 Dallas, TX  75265-3000)
13252925        Cardmember Services (Chase),    PO Box 15298,    Wilmington, DE  19850-5298
13252926        Cardmember Services (Chase),    PO Box 15222,    Wilmington, DE  19886-5922
13252927       +Cenlar,    PO Box 77404,    Ewing, NJ 08628-6404
13252930       +Chase Bank USA, N.A.,    PO Box 15298,    Wilmington, DE 19850-5298
13252929        Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
13252931       +CitiFinancial,    605 Munn Road E,    Fort Mill, SC 29715-8421
13252932       +Diana M. Dixon,    107 N. Broad Street,    Suite 307,    Doylestown, PA 18901-3755
13252933       +Diana M. Dixon, Esq.,    107 N. Broad Street,    Suite 307,    Doylestown, PA 18901-3755
13252934       +Emergency Care Services of PA,     1201 Langhorne-Newton Road,    Langhorne, PA 19047-1201
13252935       +Equable Ascent Financial, LLC,     5 Revere Drive,    Northbrook, IL 60062-1566
13252936      ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
                 GRAND RAPIDS MI 49546-6253
                (address filed with court: Fifth Third Bank,     36 Fountain Square Plaza,    MD 1-Com-64,
                 Cincinnati, OH  45263-0001)
13265788       +Fifth Third Bank,    PO Box 9013,    Addison, TX 75001-9013
13252938        Financial Recoveries,    PO Box 1388,    Mt. Laurel, NJ  08054-7388
13310259       +HomeBridge Financial Services, Inc.,     c/o Cenlar FSB,    425 Phillips Boulevard,
                 Ewing, NJ 08618-1430
13252940       +KML Law Group, P.C.,    701 Market Street,    Ste. 5000 - BNY Indepen. Ctr.,
                 Philadelphia, PA 19106-1538
13770348        Kohl's,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
13252941       #+Michael C. & Jamie E. Badial,    426 Tanner Road,    Hatboro, PA 19040-2333
13252945       +Radiology Affiliat. of Cen. NJ,     3625 Quakerbridge Road,    Trenton, NJ 08619-1268
13252946       +Real Estate Mortgage Network,    425 Phillips Blvd.,    Ewing, NJ 08618-1430
13252947       +Sklar-Markind,    102 Browning Lane,    Building B, Suite 1,    Cherry Hill, NJ 08003-3195
13252948        St Mary Medical Center,    PO Box 827763,    Philadelphia, PA  19182-7763
13349787        US DEPT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,    MADISON WI 53708-8973

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Oct 13 2018 02:44:54      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 13 2018 02:44:15
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 13 2018 02:44:40      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Oct 13 2018 02:53:28      GE Capital Retail Bank,
                 c/o Recovery Management Systems Corporat,     25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
13260181        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 13 2018 02:53:35
                 American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK  73126-8941
13252928       +E-mail/Text: bk.notifications@jpmchase.com Oct 13 2018 02:43:55      Chase,   PO Box 901076,
                 TX 1-0056 - Bank. Depart.,    Fort Worth, TX 76101-2076
13252942        E-mail/Text: bankruptcydpt@mcmcg.com Oct 13 2018 02:44:27      Midland Credit Management,
                 PO Box 60578,    Los Angeles, CA  90060-0578
13252943        E-mail/Text: mmrgbk@miramedrg.com Oct 13 2018 02:44:30      Mira Med,   Sept. 77304,
                 PO Box 77304,    Detroit, MI  48277-0304
13252944       +E-mail/Text: Bankruptcies@nragroup.com Oct 13 2018 02:45:14      National Recovery Agency,
                 2491 Paxton Street,    Harrisburg, PA 17111-1036
13282082        E-mail/PDF: rmscedi@recoverycorp.com Oct 13 2018 02:53:28
                 Recovery Management Systems Corporation,     25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13346929        E-mail/PDF: gecsedi@recoverycorp.com Oct 13 2018 02:52:45      Synchrony Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
14075985       +E-mail/PDF: gecsedi@recoverycorp.com Oct 13 2018 02:52:45      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 12
```

```
District/off: 0313-2          User: Virginia              Page 2 of 3                   Date Rcvd: Oct 12, 2018
                              Form ID: 138NEW             Total Noticed: 39


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             Kohl's,   c/o Becket and Lee LLP,    PO Box 3001,    Malvern, PA 19355-0701
13253140*      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court:     Bank Of America,    PO Box 982235,    El Paso, TX  79998-2235)
13253155*      ++CITIBANK,    PO BOX 790328,    ST LOUIS MO 63179-0328
                (address filed with court:     Home Depot Credit Services,    PO Box 653000,
                  Dallas, TX  75265-3000)
13253142*       Cardmember Services (Chase),    PO Box 15222,    Wilmington, DE  19886-5922
13253141*       Cardmember Services (Chase),    PO Box 15298,    Wilmington, DE  19850-5298
13253143*      +Cenlar,   PO Box 77404,    Ewing, NJ 08628-6404
13253144*      +Chase,   PO Box 901076,    TX 1-0056 - Bank. Depart.,    Fort Worth, TX 76101-2076
13253145*       Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE  19850-5145
13253146*      +Chase Bank USA, N.A.,    PO Box 15298,    Wilmington, DE  19850-5298
13253147*      +CitiFinancial,    605 Munn Road E,    Fort Mill, SC 29715-8421
13253148*      +Diana M. Dixon,    107 N. Broad Street,    Suite 307,    Doylestown, PA 18901-3755
13253149*      +Diana M. Dixon, Esq.,    107 N. Broad Street,    Suite 307,    Doylestown, PA 18901-3755
13672711*      +Diana M. Dixon, Esq.,    107 N. Broad Street,    Suite 307,    Doylestown, PA 18901-3755
13253150*      +Emergency Care Services of PA,     1201 Langhorne-Newton Road,    Langhorne, PA 19047-1201
13253151*      +Equable Ascent Financial, LLC,    5 Revere Drive,    Northbrook, IL 60062-1566
13253152*     ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
                 GRAND RAPIDS MI 49546-6253
                (address filed with court:     Fifth Third Bank,    36 Fountain Square Plaza,    MD 1-Com-64,
                  Cincinnati, OH  45263-0001)
13252937*     ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
                 GRAND RAPIDS MI 49546-6253
                (address filed with court:     Fifth Third Bank,    5050 Kingsley,    1MOC2J,
                  Cincinnati, OH  45263)
13253153*     ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
                 GRAND RAPIDS MI 49546-6253
                (address filed with court:     Fifth Third Bank,    5050 Kingsley,    1MOC2J,
                  Cincinnati, OH  45263)
13253154*       Financial Recoveries,    PO Box 1388,    Mt. Laurel, NJ  08054-7388
13252923*      +Jamie E. Badial,    426 Tanner Road,    Hatboro, PA 19040-2333
13253139*      +Jamie E. Badial,    426 Tanner Road,    Hatboro, PA 19040-2333
13253156*      +KML Law Group, P.C.,    701 Market Street,    Ste. 5000 - BNY Indepen. Ctr.,
                 Philadelphia, PA 19106-1538
13253157*      +Michael C. & Jamie E. Badial,    426 Tanner Road,    Hatboro, PA 19040-2333
13252922*      +Michael C. Badial,    426 Tanner Road,    Hatboro, PA 19040-2333
13253138*      +Michael C. Badial,    426 Tanner Road,    Hatboro, PA 19040-2333
13253158*       Midland Credit Management,    PO Box 60578,    Los Angeles, CA  90060-0578
13253159*       Mira Med,   Sept. 77304,    PO Box 77304,    Detroit, MI  48277-0304
13253160*      +National Recovery Agency,    2491 Paxton Street,    Harrisburg, PA 17111-1036
13253161*      +Radiology Affiliat. of Cen. NJ,    3625 Quakerbridge Road,    Trenton, NJ 08619-1268
13253162*      +Real Estate Mortgage Network,    425 Phillips Blvd.,    Ewing, NJ 08618-1430
13253163*      +Sklar-Markind,    102 Browning Lane,    Building B, Suite 1,    Cherry Hill, NJ 08003-3195
13253164*       St Mary Medical Center,    PO Box 827763,    Philadelphia, PA  19182-7763
                                                                                              TOTALS: 0, * 32, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2018                                  Signature:   /s/Joseph Speetjens

```
District/off: 0313-2              User: Virginia                Page 3 of 3                  Date Rcvd: Oct 12, 2018
                                  Form ID: 138NEW               Total Noticed: 39
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 12, 2018 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    HomeBridge Financial Services, Inc.
               bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              DIANA M. DIXON    on behalf of Joint Debtor Jamie E. Badial dianamdixonesq@gmail.com
              DIANA M. DIXON    on behalf of Debtor Michael C. Badial dianamdixonesq@gmail.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    HomeBridge Financial Services, Inc.
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    HomeBridge Financial Services, Inc.
               bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    HomeBridge Financial Services, Inc.
               bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    HomeBridge Financial Services, Inc.
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
                                                                                              TOTAL: 10
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Michael C. Badial and Jamie E. Badial
      Debtor(s)                                              Bankruptcy No: 14−11468−jkf
                                                                     Chapter: 13

_____

*NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

    2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge
of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C.
§1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

            900 Market Street
            Suite 400
            Philadelphia, PA 19107

within 30 days from the date of this notice.

    3. In the absence of any objection, the Court may enter the Order of Discharge.

                                                                       For The Court

                                                                       Timothy B. McGrath
                                                                       Clerk of Court

Dated: 10/12/18