United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                              Case No. 14-11468-jkf
Michael C. Badial                                                   Chapter 13
Jamie E. Badial
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2         User: Virginia              Page 1 of 1              Date Rcvd: Nov 19, 2018
                             Form ID: 195                Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 21, 2018.
db/jdb         #+Michael C. Badial,    Jamie E. Badial,    426 Tanner Road,    Hatboro, PA 19040-2333

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 19, 2018 at the address(es) listed below:
```
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    HomeBridge Financial Services, Inc.
               bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              DIANA M. DIXON    on behalf of Joint Debtor Jamie E. Badial dianamdixonesq@gmail.com
              DIANA M. DIXON    on behalf of Debtor Michael C. Badial dianamdixonesq@gmail.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    HomeBridge Financial Services, Inc.
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    HomeBridge Financial Services, Inc.
               bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    HomeBridge Financial Services, Inc.
               bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    HomeBridge Financial Services, Inc.
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 10
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

| | |
|---|---|
| In re: | : Chapter 13 |
| Michael C. Badial and Jamie E. Badial | : Case No. 14–11468–jkf |
| Debtor(s) | |

### *ORDER*
_____

AND NOW, this day , November 19, 2018 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Jean K. FitzSimon
Judge , United States Bankruptcy Court

56
Form 195